UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WILBERT PATRICK STEWART, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-408 |
| | § | |
| WILLIAM STEPHENS, | § | |
| | § | |
| Respondent. | § | |

### ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY AND MOTION FOR LEAVE TO APPEAL *IN FORMA PAUPERIS*

Petitioner's motions for a Certificate of Appealability and for leave to appeal *in forma pauperis* (D.E. 21) are denied without prejudice. Final judgment has not yet been entered in this case. The Court has not yet ruled on the Magistrate Judge's recommendation so Petitioner's appeal is premature.

ORDERED this 30th day of May, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE